**STATE of Missouri, Respondent,**

v.

**Eleanor Joyce GAY, Appellant.**

**No. WD 37431.**

Missouri Court of Appeals,
Western District.

Feb. 25, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Application to Transfer Denied
May 13, 1986.

Kathleen Murphy Markle, Columbia, for appellant.

William L. Webster, Atty. Gen., Kevin B. Behrndt, Asst. Atty. Gen., for respondent.

Before BERREY, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM:

Gay appeals her conviction of offering to commit violence to a correctional officer in violation of § 217.385, RSMo Supp.1984. The judgment has been affirmed per curiam pursuant to Rule 30.25(b).